FILED ___ ENTERED
LODGED ___ RECEIVED

DEC 1 6 2024

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___



UNITED STATES DISTRICT COURT DISTRICT OF MARYLAND Hon. George L. Russell III, Chief Judge | Catherine M. Stavlas, Clerk of Court · Southern Division. 6500 Cherrywood Lane Greenbelt, MD 20770. Clerk's Office AND 501 EAST FAYETTE STREET BALTIMORE 21202

Bro Stephen Michael EL-Bey,

    Plaintiffs,

    V.

LIFESAFE IGNITION INTERLOCK 5820 WASHINGTON BLVD # A ELKRIDGE MD 21075

    Defendants.

Civil Action No.

## ORDER

Self-represented Plaintiff Bro Stephen Michael El-Bey filed this complaint invoking the Court's federal question and diversity jurisdiction. [1] ECF No. l. His statement of claim contains the following allegations:

LIFESAFE IGNITION INTERLOCK 5820 WASHINGTON BLVD # A ELKRIDGE MD 21075

is LIFESAFE IGNITION INTERLOCK 5820 WASHINGTON BLVD # A ELKRIDGE MD 21075

> bias and prejudice from the very start of sending me a fraudulent letter  my AFIDAVITS IS SAYING THAT THESE PEOPLE IN THIS LETTER ARE VIOLATIONG THEIR OATH OF OFFICE COMMITTING FRAUD PRACTICING FRAUDULENT ACTIVITY AND COMMITING TRASON AND WARRING AGAINST ME.

LIFESAFE IGNITION INTERLOCK 5820 WASHINGTON BLVD # A ELKRIDGE MD 21075

> defendants name misrepresentation fraudulently 940 18 USC Section 1341 committed elements of fraud and mail fraud by their correspondences to me by using the mail. Violated Article 6 OF THE CONSTITUTION FOR THE UNITED STATES AND Amendments IV VI VII of the Constitution of the Estates of America.

(sic) ECF No. I at 8. I seek $30.000 in damages from each Defendant. Id. at 9.

Federal courts are courts of limited jurisdiction. Home Buyers Warranty Corp. v. Hanna,

750 F.3d 427, 432 (4th Cir. 2014) (quotation marks omitted) (citing Kekkonen v. Guardian Life

The Complaint is not signed. All documents filed with the Count must be signed. See Local Rule

102. (D. Md. 2021)

CFR 301.6903-1

Notice of fiduciary relationship

From Bro Stephen Michael EL-Bey

410-800-6898

## Bro Stephen Michael ELBey

## 808 Gleneagles Court

## Towson, Maryland 21286

## P.O. Box 42234

## AFFIDAVIT OF FACTS

# 18 U.S. Code S 1001. Statements or entries generally

## US-Code Notes Authorities (CFR)

Except as otherwise provided in this section, whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and Wilfrid—

falsifies, conceals, or covers up by any trick, scheme, or device a material fact;

makes any materially false, fictitious, or fraudulent statement or representation; or

makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry;

shall be fined under this title, imprisoned not more than 5 years or, if the offense involves international or domestic terrorism (as defined in section 2331), imprisoned not more than 8 years, or both. If the matter relates to an offense under chapter 109A, 109B, 110, or 117, or section 1591, then the term of imprisonment imposed under this section shall be not more than 8 years.

Subsection (a) does not apply to a party to a judicial proceeding, or that party's counsel, for statements, representations/ writings or documents submitted by such party or counsel to a judge or magistrate in that proceeding.

With respect to any matter within the jurisdiction of the legislative branch, subsection (a) shall apply only to—

(i) administrative matters, including a claim for payment, a matter related to the procurement of property or services, personnel or employment practices, or support services, or a document required by law, rule, or regulation to be submitted to the Congress or any office or